

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00415-CV

**IN THE MATTER OF J.A.M.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2019JUV00012
The Honorable Arcelia Trevino, Judge Presiding

# O R D E R

Appellant's unopposed first motion for an extension of time to file the appellant's brief is granted. We order appellant's counsel, Abasi Major, to file the appellant's brief by December 2, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.



_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court